UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SK SHIPPING (SINGAPORE) PTE LTD.,

                Plaintiff,

  - against -

TRANS POWER CO. LTD. and SINOLINK SHIPPING LTD.,

                Defendants.
------------------------------------------------------------X

07 CV 10607

07 Civ. _____

ECF CASE

*Judge Hellerstein*

RECEIVED NOV 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: November 27, 2007
       Southport, CT

              The Plaintiff,
              SK SHIPPING (SINGAPORE) PTE LTD.

      By: _____
              Charles E. Murphy (CM 2125)
              Nancy R. Peterson (NP 2871)
              Patrick F. Lennon (PL 2162)
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Ave., Suite 300
              New York, NY 10170
              (212) 490-6050
              facsimile (212) 490-6070
              nrp@lenmur.com
              pfl@lenmur.com