CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| SK SHIPPING (SINGAPORE) – PTE LTD., | : | |
| | : | |
| Plaintiff, | : | **07-CV-10607** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| TRANSPOWER CO. LTD and SINOLINK SHIPPING CO. LTD., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       December 7, 2007

                                            CLARK, ATCHESON & REISERT
                                            Attorneys for Garnishee
                                            Societe Generale New York Branch

By: _____
                                            Richard J. Reisert (RR-7118)
                                            7800 River Road
                                            North Bergen, NJ  07047
                                            Tel: (201) 537-1200
                                            Fax: (201) 537-1201
                                            Email:  reisert@navlaw.com